**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARREN A. LUNFORD,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)　　Case No. 3:08-cv-0146-ECR-VPC
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)　　**ORDER**
D.W. NEVEN, *et al.*,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　 )

　　　　Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. (Docket #1). He did not pay the required filing fee of $350.00, nor did he submit an application to proceed *in Forma Pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. §1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

　　　　IT IS THEREFORE ORDERED that the Clerk of the Court shall send Plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

　　　　IT IS FURTHER ORDERED that the action is **DISMISSED** without prejudice for Plaintiff's commencement of a **new** action in which he either pays the filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

　　　　DATED:　　June 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward C. Reed
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE