AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

DARREN A. LUNFORD,

                Plaintiff,               JUDGMENT IN A CIVIL CASE

   V.

                               CASE NUMBER: **3:08-cv-0146-ECR-VPC**

D.W. NEVEN, et al.,

                Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the action is DISMISSED without prejudice for Plaintiff's commencement of a **new** action in which he either pays the filing fee in full or submits a complete Application to Proceed *in forma pauperis,* accompanied by a signed financial certificate and a statement of his inmate account.

   June 3, 2008                        **LANCE S. WILSON**
                                        Clerk

                                  /s/ Kalani Lizares
                                    Deputy Clerk